NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Jerry Kaplan, Esq., Bar No. 49142
Joseph Benincasa, Esq., Bar No. 251347
Kaplan, Kenegos & Kadin
9150 Wilshire Blvd., Suite 175
Beverly Hills, Ca 90212
(310) 859-7700

ATTORNEY(S) FOR: Movant Ella Asuncion Gutierrez

CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ella Asuncion Gutierrez<br><br>Plaintiff(s),<br>v.<br>United States Securities and Exchange Commission<br><br>Defendant(s) | CASE NUMBER:<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ Ella Asuncion Gutierrez _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Ella Asuncion Gutierrez | Movant |
| United States Securities and Exchange Commission | Respondent |

March 22, 2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Ella Asuncion Gutierrez

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES